

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**NORTHERN DISTRICT OF MISSISSIPPI**

**DAVID CREWS**
**CLERK**

| | |
|---|---|
| 203 Gilmore Drive<br>Amory, MS   38821<br><br>Telephone:   (662) 369-4952 | 911 Jackson Avenue, Suite 369<br>Oxford, MS   38655<br>Telephone: (662) 234-1971<br><br>305 Main Street, Suite 329<br>Post Office Box 190<br>Greenville, MS   38701 |

February 18, 2021

Ronnie Montgomery

v.                                                                                  Case No. 3:20cv298-MPM-JMV

American Postal Worker Union, et al



**PLEASE TAKE NOTICE** that the court file does not show that a summons has been served on the following party(ies):

> American Postal Worker Union
> National Business Agent
> APWU Local #96
> APWU Local #96 Executive Board

DAVID CREWS, CLERK

By:    _s/ Jennifer L. Adams_
Deputy Clerk/Case Manager