IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**RONNIE MONTGOMERY**                  **PLAINTIFF**

v.                  **CIVIL ACTION NO.: 3:20-CV-298-MPM-JMV**

**AMERICAN POSTAL WORKER UNION,**
**NATIONAL BUSINESS AGENT,**
**APWU LOCAL #96,**
**APWU LOCAL #96 EXECUTIVE BOARD,**
**JOHN & JANE DOE 1-20.**                  **DEFENDANTS**

### ORDER GRANTING MOTION FOR AN EXTENSION
### FOR SERVICE OF PROCESS

The Plaintiff has filed Motion to for Extension [5] pursuant to Fed. R. Civ. P. 4(m). For good cause shown, the court finds that the motion is well-taken and should be granted.

Accordingly, the Plaintiff shall have sixty (60) additional days from entry of this order, or until May 8, 2021, to effectuate service upon the Defendants.

**SO ORDERED**, this, the 9th day of March, 2021.

                 /s/ Jane M. Virden
                 UNITED STATES MAGISTRATE JUDGE