**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**RONNIE MONTGOMERY**                                            **PLAINTIFF**

**v.**                                                                  **CIVIL ACTION NO.: 3:20-CV-298-MPM-JMV**

**AMERICAN POSTAL WORKER UNION,**
**NATIONAL BUSINESS AGENT,**
**APWU LOCAL #96,**
**APWU LOCAL #96 EXECUTIVE BOARD,**
**JOHN & JANE DOE 1-20.**                                         **DEFENDANTS**

**CERTIFICATE OF CONSTULATION ON MOTION FOR**
**AN EXTENSION FOR RESPONSIVE PLEADING**

I hereby certify that I attempted to consult with the Plaintiff, Ronnie Montgomery, on Monday, May 17, 2021 to ascertain if he opposed our Motion for Extension of time, by calling and leaving a message on the Plaintiff's voicemail. To date, I have not received a response.

Respectfully Submitted,

/s/Eugene A. Laurenzi
Eugene A. Laurenzi, BPR # 103690
GODWIN MORRIS LAURENZI
& BLOOMFIELD, P.C.
50 North Front Street, Suite 800
Memphis, TN 38103
Tele: 901-528-1702
Fax: 901-528-0246
elaurenzi@gmlblaw.com
ATTORNEY FOR THE DEFENDANTS

CERTIFICATE OF SERVICE

    I, Eugene A. Laurenzi, hereby certify that a copy of the foregoing has been mailed postage prepaid to Pro Se Plaintiff, Ronnie Montgomery, 7555 Woodshire Drive, Horn Lake, MS 38637, this the 17th day of May 2021.

                                                   /s/ Eugene A. Laurenzi
                                                     Eugene A. Laurenzi