

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**NORTHERN DISTRICT OF MISSISSIPPI**

**DAVID CREWS**
**CLERK**

203 Gilmore Drive
Amory, MS   38821

Telephone:   (662) 369-4952

911 Jackson Avenue, Suite 369
Oxford, MS   38655
Telephone: (662) 234-1971

305 Main Street, Suite 329
Post Office Box 190
Greenville, MS   38701

May 20, 2021

Ronnie Montgomery

v.  Case No. 3:20cv298-MPM-JMV

American Postal Worker Union, et al

    **PLEASE TAKE NOTICE** that the court file does not show that a summons has been served on the following party(ies):

        American Postal Worker Union
        National Business Agent

        DAVID CREWS, CLERK

By:   s/ Jennifer L. Adams
      Deputy Clerk/Case Manager